IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **AKIVA AVIKAIDA ISRAEL,** | 2:22-cv-00729-EFB |
| Plaintiff, | **(PROPOSED) ORDER** |
| v. | |
| **C. McLELLAND, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING,** Defendants' motion for an administrative relief re-extension of time to file a responsive pleading is granted. The deadline for Defendants to file a responsive pleading is extended to March 20, 2023.

Dated: December 20, 2022.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

SA2022304872 / 36784708.docx