IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AKIVA AVIKAIDA ISRAEL,** | Case No. 2:22-cv-00729-KJM-EFB |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **C. McLELLAND, et al.,** | |
| Defendants. | |

Defendants applied ex parte to vacate and reset the dispositive motion deadline. Good cause appearing, Defendants' application is **GRANTED**. The Court vacates the June 20, 2025, dispositive motion deadline and will reset it once the Court rules on Defendants' two outstanding motions to compel.

**IT IS SO ORDERED.**

Dated: June 10, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE