IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AKIVA AVIKAIDA ISRAEL,**<br><br>Plaintiff,<br><br>v.<br><br>**C. McLELLAND, et al.,**<br><br>Defendants. | Case No. 2:22-cv-00729-KJM-EFB (PC)<br><br>[PROPOSED] ORDER |

Defendants applied ex parte for an extension of time to respond to Plaintiff's August 25, "Notice of Motion And Consolidated Motion for Compelling Compliance With Court's Order For Adequate Responses to Defendants' Disciplinary Records." Good cause appearing, Defendant's application is **GRANTED.** Defendants' can file their response on or before October 24, 2025.

Dated: September 12, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE