IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AKIVA AVIKAIDA ISRAEL,**<br><br>  Plaintiff,<br><br> v.<br><br>**C. McLELLAND, et al.,**<br><br>  Defendants. | Case No. 2:22-cv-00729-KJM-EFB (PC)<br><br>~~[PROPOSED]~~ ORDER |

   Defendants applied ex parte to vacate the remaining deadlines in this case, aside from Defendants' opposition to Plaintiff's motions to compel, unless the Court issues a finding and recommendations or order dismissing the case prior to Defendants' opposition deadline, in light of Defendants' anticipated motion for terminating sanctions. Good cause appearing, Defendants' application is **GRANTED.**

Dated: November 17, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Edmund F. Brennan*
　　　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE